AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

JOHN P. DIFRANCESCO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1101-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 1, 2004__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

by force and violence and by intimidation, take from the person and presence of employees of the Newburyport Five Cent Savings Bank located at 21 Storey Avenue in Newburyport, Massachusetts, money belonging to and in the care, custody, control, management and possession of said Newburyport Five Cent Savings Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following facts:
Official Title

See Affidavit of FBI Special Agent Todd I. Richards

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Todd I. Richards_
Signature of Complainant

Sworn to before me and subscribed in my presence,

09-08-2004
Date

at Boston, Massachusetts
City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_Judith Gail Dein_
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.