AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOHN P. DIFRANCESCO

## WARRANT FOR ARREST

CASE NUMBER: *04m - 1101 - JGD*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN P. DIFRANCESCO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

bank robbery

in violation of
Title _____ 18 _____ United States Code, Section(s) 2113(a)

Judith Gail Dein
Name of Issuing Officer

*Judith Gail Dein*
Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

9/8/04     BOSTON, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.