# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US V.S. John DiFrancesco

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): John DiFrancesco

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04m-1101-JGD
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $24,000     SOURCES: Windriver Environmental

CASH: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $ _____

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____   DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
APARTMENT OR HOME: _____

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Capitol One Visa | $4,000 | in collection |
| Premier Bank MC | $5,000 | " |
| Lahey Clinic | $5,000 | " |
| Melrose-Wakefield Hosp | $5,000 | " |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9/14/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]