AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
V.

John DiFrancesco

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04m-1101-JGD

I, John DiFrancesco, charged in a ☒ complaint ☐ petition pending in this District Massachusetts
in violation of 18, U.S.C., 2113(a),
and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____
Defendant

9/14/04
Date

_____
Counsel for Defendant