UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.                                                            Criminal No. 04m-1101-JGD

John DiFrancesco

## APPOINTMENT OF FEDERAL DEFENDER

**DEIN, U.S.M.J.**

The above-named defendant has not waived the right to counsel and this Court has established the defendant is financially unable to retain counsel.

It is hereby ORDERED that the Federal Defender Office of the District of Massachusetts be appointed effective as of September 14, 2004 to represent said defendant in this cause until further order of the Court.

                                                                                By the Court,

                                                                                _____-S-_____
                                                                                Thomas F. Quinn
                                                                                Deputy Clerk

Date: September 14, 2004