AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN P. DIFRANCESCO

**WARRANT FOR ARREST**

CASE NUMBER: 04m-1101-JGD

*FILED IN CLERK'S OFFICE*
*2006 NOV -9 P 4:24*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JOHN P. DIFRANCESCO
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

bank robbery

*SEP -8 A 10:53*

in violation of Title  18  United States Code, Section(s)  2113(a)

Judith Gail Dein
Name of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

9/8/04   BOSTON, MA
Date and Location

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

FBI Arrest

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT: WEIGHT:

SEX: RACE:

HAIR: EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: